# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINUOUS COMPOSITES, INC., a Delaware corporation, | )<br>)<br>) C.A. No. 21-998-MN<br>) |
| Plaintiff, | )<br>) **JURY TRIAL DEMANDED** |
| v. | )<br>) |
| MARKFORGED, INC., a Delaware corporation, | )<br>)<br>) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Complaint (D.I. 1) through and including September 13, 2021. Plaintiff filed its Complaint on July 7, 2021, and Defendant has represented to Plaintiff that it is in the process of obtaining Delaware counsel in this matter. Defendant sought from Plaintiff a 45-day extension of time to respond to Plaintiff's Complaint, and Plaintiff has so agreed to that extension.

Therefore, Plaintiff respectfully requests that the Court enter an Order in the form attached hereto.

| | |
|---|---|
| OF COUNSEL:<br><br>William B. Dyer III<br>Andrew Strickland<br>Lee & Hayes<br>75 14th St, Suite 2500<br>Atlanta, GA 30309<br>(404) 736-1857<br>Bill.Dyer@leehayes.com<br>Andrew.Strickland@leehayes.com<br><br>Dated: July 28, 2021 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Valerie A. Caras (#6608)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>caras@rlf.com<br><br>*Attorneys for Plaintiff*<br>*Continuous Composites, Inc.* |