# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINUOUS COMPOSITES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARKFORGED, INC., ) <br> ) <br> Defendant. ) | Case No. 21-00998-MN |

## JOINT MEDIATION STATEMENT

Pursuant to this Court's March 17, 2023 Oral Order (D.I. 122), Plaintiff Continuous Composites, Inc. ("Plaintiff" or "Continuous Composites") and Defendant MarkForged, Inc. ("Defendant" or "MarkForged") hereby jointly submit this Joint Mediation Statement.

The parties engaged in a formal mediation on October 18, 2023 before the Honorable Gregory M. Sleet. Lead counsel for each party attended the mediation, including: Robert Shwarts, T. Vann Pearce, Jr., and Christopher Higgins, on behalf of Continuous Composites; and Neel Chatterjee and Calvin Wingfield, on behalf of MarkForged. The mediation session lasted for several hours. Counsel for Continuous Composites and MarkForged respectively certify they have engaged in the mediation efforts in good faith.

Counsel for the parties have engaged in additional good-faith efforts to explore resolution of this dispute by settlement. Counsel for the parties conferred in November 2022 to discuss the prospects for settlement. The parties also discussed the prospects for settlement on at least three occasions between November 2023 and March 2024. The parties do not currently anticipate any further mediation.

.

Dated: March 27, 2024

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Rodger D. Smith II* |
| Kelly E. Farnan (#4395) | Jack B. Blumenfeld (#1014) |
| Griffin A. Schoenbaum (#6915) | Rodger D. Smith II (#3778) |
| RICHARDS, LAYTON & FINGER, P.A. | Travis J. Murray (#6882) |
| One Rodney Square | 1201 North Market Street |
| 920 N. King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| farnan@rlf.com | jblumenfeld@morrisnichols.com |
| schoenbaum@rlf.com | rsmith@morrisnichols.com |
| | tmurray@morrisnichols.com |

*Attorneys for Plaintiff*
CONTINUOUS COMPOSITES INC.

*Attorneys for Defendant*
MARKFORGED, INC.

OF COUNSEL:

William B. Dyer, III
Hala Mourad
Ryan Gentes
Richard Uberto
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
(404) 815-1900
bill.dyer@leehayes.com
ryan.gentes@leehayes.com
hala.mourad@leehayes.com
richard.uberto@leehayes.com

OF COUNSEL:

Jenevieve N. Nutovits
Grace Peace Truong
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
JNutovits@goodwinlaw.com
GTruong@goodwinlaw.com

I. Neel Chatterjee
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100
NChatterjee@goodwinlaw.com

| | |
|---|---|
| Caleb Hatch<br>Johanna Tomlinson<br>LEE & HAYES, P.C.<br>601 West Riverside Ave., Suite 1400<br>Spokane, WA 99201<br>(509) 324-9256<br>caleb.hatch@leehayes.com<br>johanna.tomlinson@leehayes.com | Calvin Wingfield Jr.<br>Jacqueline Genovese Bova<br>Amanda E. Stephenson<br>Jeremy Jones<br>Goodwin Procter LLP<br>1900 N Street N.W.<br>Washington, DC 20036<br>(202) 346-4000<br>CWingfield@goodwinlaw.com<br>JBova@goodwinlaw.com<br>AStephenson@goodwinlaw.com<br>jeremyjones@goodwinlaw.com<br><br>*Attorneys for Defendant MarkForged, Inc.* |
| Robert S. Shwarts<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, California 91105<br>(415) 773-5700<br>rshwarts@orrick.com | |
| T. Vann Pearce, Jr.<br>Christopher Higgins<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>(202) 339-8400<br>vpearce@orrick.com<br>chiggins@orrick.com | |