IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINUOUS COMPOSITES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 21-998 (MN) |
| MARKFORGED, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**<u>VOIR DIRE QUESTIONS</u>**

Good morning, ladies and gentlemen. My name is Maryellen Noreika and I am the Judge who will be presiding over the trial in this civil case for which a jury is about to be selected.

I am going to ask you some questions, the purpose of which is to: (1) enable us to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to what are called peremptory challenges, that is, challenges that counsel can make to a potential juror without giving any reason.

Before I ask any questions, I am going to ask my Deputy to swear the jury panel to answer all questions truthfully. (Panel sworn).

You each have the list of questions that I am going to read. If you answer "yes" to any of the questions that I ask, please make a note of that on the list. At the end of the questions, I will ask some of you whether you answered yes to any questions and, if you did, my staff will bring you forward where you will wait to talk with the lawyers and me about your answers.

We are having jury selection for a case that will begin today and last up to five days – until Friday of this week. The trial will be timed, so the attorneys have to complete their presentations within the five days. It is possible, however, that jury deliberations may require you to be here

longer than the scheduled number of days.  Our trial days will run approximately from 9:00 a.m. to 4:30 p.m. each day.

My questions:

1. Does the schedule that I have just mentioned present a special problem to you?

2. The Plaintiff in this case is Continuous Composites, Inc.  It has brought a lawsuit against Defendant MarkForged, Inc. for patent infringement.  Continuous Composites' patent relates to 3D printer technology.  MarkForged has also counter-sued Continuous Composites for a finding that Continuous Composites' patent is invalid and not infringed.  Have you heard or read anything about the case between these parties before today?

3. Have you or has anyone in your immediate family or close friends had any dealings with or been employed by Continuous Composites, Inc. or MarkForged, Inc., or owned stock in MarkForged, Inc.?

4. Have you or has anyone in your immediate family or close friends had any experience, good or bad, with any of these companies or their products that would prevent you from being a fair and impartial juror in this case?

5. Have you or has anyone in your immediate family or close friends ever worked for a company that designs, develops, manufactures, markets, or sells 3D printing machines?

6. Have you ever purchased or worked with 3D printers from Continuous Composites or MarkForged?

7. The lawyers and law firms involved in this case are listed here.  Please review the list carefully:

**Richards, Layton & Finger, P.A.**
- Kelly E. Farnan
- Griffin A. Schoenbaum

**Lee & Hayes, P.C.**
- William B. Dyer, III
- Hala Mourad
- Ryan Gentes
- Richard Uberto
- Caleb Hatch
- Johanna Tomlinson

**Orrick, Herrington & Sutcliffe LLP**
- Robert S. Shwarts
- T. Vann Pearce, Jr.
- Christopher Higgins
- Rose Sun

**Morris Nichols Arsht & Tunnell LLP**
- Jack Blumenfeld
- Rodger Smith
- Travis Murray

**Goodwin Procter LLP**
- Neel Chatterjee
- Calvin Wingfield
- Sharon R. Smith
- Jacqueline Genovese Bova
- Amanda Stephenson
- Jenevieve Nutovits
- Jeremy Jones
- Daniel Farraye

Do you or any of your immediate family members or close friends know of, have any business dealings with, or been employed by any of these attorneys or law firms?

8. The potential witnesses in this care listed here. Please review the list:

- Tyler Alvarado
- Tim Osswald, Ph.D.
- Todd Schoettelkotte
- Ken Clayton
- Jeff Mathews
- Trevor Budge
- Glenn Eaton
- Andrew Overby
- Nathan Stranberg
- Tyler Wilson
- David Benhaim

3

- Kameron Bosela
- Andrew Carlson
- Glenn Eaton
- Daniel Leong
- Joseph D. Roy-Mayhew
- Ryan Stockett
- Kenneth L. Tyler
- Bennett Wilson
- Kenneth Gall, Ph.D.
- Lynne Weber
- Carla Mulhern

Are you or any of your immediate family members or close friends related to, or personally acquainted with, any of those individuals?

9. Have you or has any member of your immediate family or close friends ever been employed by or had other contact with the United States Patent and Trademark Office?

10. Have you or has any member of your immediate family or close friends ever applied for, or obtained, a United States patent or a foreign patent?

11. Have you or has any member of your immediate family or close friends ever been involved in a dispute about intellectual property?

12. Do you have any opinions about intellectual property rights or the United States Patent and Trademark Office that would make it difficult for you to be a fair and impartial juror in this case?

13. Do you have any formal education or training or have you worked in the law, legal system or courts?

14. Do you have any education, training or work experience with manufacturing or 3D Printing?

15. Do you have any education, formal training, or work experience in finance?

16. Have you ever been a plaintiff, a defendant or a witness in a lawsuit?

17. Have you ever served as a juror in a civil lawsuit?

18. Have you ever had any experience with the legal system that would prevent you from being a fair and impartial juror?

19. This is the last question. Do you know of any other matter that you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or that you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?